

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00425-CV

| | | |
|---|---|---|
| SANDY RAMOS AND WILLIAM S. WATSON, Appellants | § | On Appeal from the County Court at Law No. 1 |
| | § | of Tarrant County (2025-004698-1) |
| V. | § | October 30, 2025 |
| VICTOR G. LARA, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeals should be dismissed. It is ordered that the appeals are dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM